*United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

March 22, 2022

Mr. William Scott McCollough
McCollough Law Firm, P.C.
2290 Gatlin Creek Road
Dripping Springs, TX 78620

    No. 21-51178   NetChoice v. Paxton
                       USDC No. 1:21-CV-840

Dear Mr. McCollough,

The paper copies of your amicus brief are insufficient for the following:

    The cover of the brief and the contents of the brief are from two different briefs.

Please make the following corrections and overnight the paper copies to our office.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Renee S. McDonough, Deputy Clerk
                         504-310-7673

cc:
    Mr. Ryan Baasch
    Ms. Courtney Brooke Corbello
    Mr. Todd Lawrence Disher
    Mr. Matthew Hamilton Frederick
    Mr. Evan Goldberg
    Mr. Leonid Goldstein
    Ms. Gabriela Gonzalez-Araiza
    Mr. Alan Gura
    Mr. Scott A. Keller
    Mr. Endel Kolde
    Mr. James R. Lawrence III
    Mr. Jeremy Evan Maltz

Mr. Matthew R. Miller
Mr. Andrei Popovici
Mrs. Sarah Rogers
Mr. Joseph D. Sibley IV
Mr. Kyle Singhal
Mr. Judd Edward Stone II
Mr. John Clay Sullivan
Mr. Henry Charles Whitaker