# United States Court of Appeals for the Fifth Circuit

No. 21-51178

NetChoice, L.L.C., a 501(c)(6) District of Columbia organization *doing business as* NetChoice; Computer & Communications Industry Association, a 501(c) (6) non-stock Virginia Corporation *doing business as* CCIA,

*Plaintiffs—Appellees*,

*versus*

Ken Paxton, in his official capacity as Attorney General of Texas,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-840

Before Jones, Southwick, and Oldham, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that appellant's opposed motion to stay preliminary injunction pending appeal is GRANTED.[*]

---

[*] The panel is not unanimous.