# United States Court of Appeals for the Fifth Circuit

No. 21-51178

NetChoice, L.L.C., *a 501(c)(6) District of Columbia organization doing business as* NetChoice; Computer & Communications Industry Association, *a 501(c)(6) non-stock Virginia Corporation doing business as* CCIA,

*Plaintiffs—Appellees*,

*versus*

Ken Paxton, *in his official capacity as Attorney General of Texas*,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-840

ORDER:

The Appellees' unopposed motion to stay the mandate pending their petition for writ of certiorari is GRANTED.

Andrew S. Oldham
*United States Circuit Judge*