# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 19, 2022

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

> Re: NetChoice, LLC, dba NetChoice, et al.
> v. Ken Paxton, Attorney General of Texas
> No. 22-555
> (Your No. 21-51178)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 15, 2022 and placed on the docket December 19, 2022 as No. 22-555.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst

