# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

September 29, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011



Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: NetChoice, LLC, dba NetChoice, et al.
v. Ken Paxton, Attorney General of Texas
No. 22-555
(Your No. 21-51178)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted limited to Questions 1 and 2 presented by the Solicitor General in her brief for the United States as *amicus curiae*.

Sincerely,

Scott S. Harris, Clerk