# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 06, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-51178   NetChoice v. Paxton
                    USDC No. 1:21-CV-840

The mandate was issued due to a clerical error. Please disregard notice issued today.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Melissa B. Courseault, Deputy Clerk
                                  504-310-7701

Mr. Ryan Baasch
Mr. Corbin Barthold
Mr. Thomas Arthur Berry
Mr. Bruce D. Brown
Mr. William Francis Cole
Ms. Courtney Corbello
Mr. Philip Devlin
Mr. Todd Lawrence Disher
Mr. Matthew Hamilton Frederick
Ms. Catherine R. Gellis
Mr. Evan Goldberg
Mr. Leonid Goldstein
Ms. Gabriela Gonzalez-Araiza
Mr. David A. Greene
Ms. Robin Gross
Mr. Alan Gura
Mr. Robert E. Henneke
Mr. Scott A. Keller
Mr. Endel Kolde
Mr. James R. Lawrence III
Mr. Thomas S. Leatherbury
Mr. Jeremy Evan Maltz
Mr. William Scott McCollough
Mr. Matthew R. Miller
Mr. Andrei Popovici
Mrs. Sarah Rogers

```
Ms. Mary Ellen Roy
Mr. Joseph D. Sibley IV
Mr. Kyle Singhal
Mr. Judd E. Stone II
Mr. John Clay Sullivan
Mr. Henry Charles Whitaker
Mr. Scott B. Wilkens
Mr. William Reid Wittliff
Mr. Dan Brian Zimmerman
```