No. 21-51178

# In the United States Court of Appeals for the Fifth Circuit

NETCHOICE, L.L.C., A 501(C)(6) DISTRICT OF COLUMBIA ORGANIZATION DOING BUSINESS AS NETCHOICE; COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, A 501(C)(6) NON-STOCK VIRGINIA CORPORATION DOING BUSINESS AS CCIA,
*Plaintiffs-Appellees*,

*v.*

KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS
*Defendant-Appellant.*

On Appeal from the United States District Court for the Western District of Texas, Austin Division

MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, Courtney Corbello, files this Motion to Withdraw, requesting permission to withdraw from this case as counsel for Defendant-Appellant, Ken Paxton. Counsel is no longer employed by

1

the Texas Attorney General's office and, therefore, no longer counsel for Attorney General Paxton or his office. Granting this motion should not cause any delay or disruption in the case as Attorney General Paxton is represented by other counsel in this matter. Thus, there is good cause to grant this motion and remove the undersigned as counsel of record for Attorney General Paxton.

| | |
|---|---|
| Respectfully submitted. | Dated: September 11, 2024 |

*/s/ Courtney Corbello*
Courtney Corbello
Texas Bar No. 24097533
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW
Suite 801
Washington, D.C. 20036
Tel: (202) 301-1664
Fax: (202) 301-3399
ccorbello@ifs.org

CERTIFICATE OF COMPLIANCE

I certify that the foregoing Motion complies with the requirements set out in Federal Rule of Appellate Procedure 27(d). This petition complies with the requirements of Rule 27(d) because it was prepared in 14-point New Century Schoolbook, a proportionally spaced typeface, using Microsoft Word. This Motion complies with the type-volume limitation of Rule 27(d)(2) because it contains 91 words.

*/s/ Courtney Corbello*
Courtney Corbello

CERTIFICATE OF SERVICE

I certify that on September 10, 2024, a true and correct copy of the foregoing petition was served via CM/ECF to the counsel of record of all parties to the proceeding.

*/s/ Courtney Corbello*
Courtney Corbello
