No. 21-51178

# In the United States Court of Appeals for the Fifth Circuit

---

NETCHOICE, L.L.C., A 501(C)(6) DISTRICT OF COLUMBIA ORGANIZATION DOING BUSINESS AS NETCHOICE; COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, A 501(C)(6) NON-STOCK VIRGINIA CORPORATION DOING BUSINESS AS CCIA,

*Plaintiffs-Appellees*,

*v.*

KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS

*Defendant-Appellant.*

---

On Appeal from the United States District Court
for the Western District of Texas, Austin Division

---

MOTION TO WITHDRAW AS COUNSEL

---

Undersigned counsel, Ryan S. Baasch, files this Motion to Withdraw, requesting permission to withdraw from this case as counsel for Defendant-Appellant, Ken Paxton. Counsel will no longer be employed by the Texas Attorney General's office and, therefore, no longer counsel for Attorney General Paxton or his office. Granting this motion should not cause any delay or disruption in the case as Attorney

1

General Paxton is represented by other counsel in this matter. Thus, there is good cause to grant this motion and remove the undersigned as counsel of record for Attorney General Paxton.

Respectfully submitted.                          Dated: January 16, 2025

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

/s/ Ryan S. Baasch
Ryan S. Baasch
Associate Deputy Attorney General
for Civil Litigation
Ryan.Baasch@oag.texas.gov

Aaron L. Nielson
Solicitor General

William F. Cole
Deputy Solicitor General

Counsel for Defendant-Appellant
Ken Paxton, Attorney General
of Texas

CERTIFICATE OF COMPLIANCE

I certify that the foregoing Motion complies with the requirements set out in Federal Rule of Appellate Procedure 27(d). This petition complies with the requirements of Rule 27(d) because it was prepared in 14-point New Century Schoolbook, a proportionally spaced typeface, using Microsoft Word. This Motion complies with the type-volume limitation of Rule 27(d)(2) because it contains 93 words.

*/s/ Ryan S. Baasch*
RYAN S. BAASCH

CERTIFICATE OF SERVICE

I certify that on January 16, 2025, a true and correct copy of the foregoing petition was served via CM/ECF to the counsel of record of all parties to the proceeding.

*/s/ Ryan S. Baasch*
RYAN S. BAASCH