# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 16, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-51178   NetChoice v. Paxton
                  USDC No. 1:21-CV-840

The Court has granted the motion of attorney Ryan S. Baasch to withdraw as counsel.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701

Mr. Corbin Barthold
Mr. Thomas Arthur Berry
Mr. Bruce D. Brown
Mr. William Francis Cole
Mr. Mark A. Csoros
Mr. Todd Lawrence Disher
Mr. Matthew Hamilton Frederick
Ms. Catherine R. Gellis
Mr. Evan Goldberg
Mr. Leonid Goldstein
Ms. Gabriela Gonzalez-Araiza
Mr. David A. Greene
Ms. Robin Gross
Mr. Alan Gura
Mr. Robert E. Henneke
Mr. Scott A. Keller
Mr. Endel Kolde
Mr. James R. Lawrence III
Mr. Thomas S. Leatherbury
Mr. Jeremy Evan Maltz
Mr. William Scott McCollough
Mr. Matthew R. Miller
Mr. Aaron Lloyd Nielson
Mr. Andrei Popovici
Mrs. Sarah Rogers
Ms. Mary Ellen Roy
Mr. Joseph D. Sibley IV

Mr. Kyle Singhal
Mr. Judd E. Stone II
Mr. John Clay Sullivan
Mr. Henry Charles Whitaker
Mr. Scott B. Wilkens
Mr. William Reid Wittliff
Mr. Dan Brian Zimmerman