

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

AARON L. NIELSON  
Solicitor General

(512) 936-2834  
Aaron.Nielson@oag.texas.gov

June 30, 2025

**Via CM/ECF**  
Lyle W. Cayce, Clerk of Court  
U.S. Court of Appeals for the Fifth Circuit

    **Re:**    No. 21-51178; *Netchoice, LLC et al. v. Ken Paxton*

Dear Mr. Cayce:

    I am writing to advise the Court of my withdrawal as lead counsel for Appellants Ken Paxton, in his official capacity in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. Principal Deputy Solicitor General, William F. Cole, will be substituted as lead counsel.

                                Respectfully submitted.

                                /s/ Aaron L. Nielson

                              Aaron L. Nielson  
                              Solicitor General

cc: all counsel of record (via E-file)